1010

No. 88–798.   HODEL, SECRETARY OF THE INTERIOR v. MUS-
COGEE (CREEK) NATION.   C. A. D. C. Cir.   Certiorari denied.

No. 88–799.   WOLSKE v. WISCONSIN.   Ct. App. Wis.   Certio-
rari denied.

No. 88–801.   VSL CORP., INC., ET AL. v. CONMAR CORP. ET AL.
C. A. 9th Cir.   Certiorari denied.

No. 88–808.   CALIFORNIA LAND & CATTLE CO. v. AMSTAR
CORP.   Ct. App. Cal., 6th App. Dist.   Certiorari denied.

No. 88–817.   CARTER, ADMINISTRATRIX OF THE ESTATE OF
CARTER v. CITY OF CHATTANOOGA, TENNESSEE.   C. A. 6th Cir.
Certiorari denied.

No. 88–822.   AMERICAN STANDARDS TESTING BUREAU, INC.
v. HONEYWELL, INC., ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–827.   WITSCHEN, SHERIFF OF SHERBURNE COUNTY,
ET AL. v. BOSWELL, INDIVIDUALLY AND AS PERSONAL REPRE-
SENTATIVE OF THE ESTATE OF BOSWELL.   C. A. 8th Cir.   Cer-
tiorari denied.

No. 88–831.   BASKIN v. MISSISSIPPI.   Sup. Ct. Miss.   Certio-
rari denied.

No. 88–835.   FROSCHAUER v. UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 88–843.   TICKTIN v. UNITED STATES.   C. A. 7th Cir.   Cer-
tiorari denied.

No. 88–845.   BIBB ET UX. v. UNITED STATES.   C. A. 9th Cir.
Certiorari denied.

No. 88–860.   LUMBEE FARMS COOPERATIVE, INC. v. NA-
TIONAL LABOR RELATIONS BOARD.   C. A. 4th Cir.   Certiorari
denied.

No. 88–861.   MODEEN v. UNITED STATES.   Ct. Mil. App.   Cer-
tiorari denied.

No. 88–862.   RAY v. UNITED STATES.   Ct. Mil. App.   Certio-
rari denied.